478 A.2d 897

In the Interest of Brenda Javon.
Reargument Denied Aug. 7, 1984.

Argued February 9, 1984.  Joseph T. Kownacki, Public Defender, for appellant;  D. Sherwood Jones, for appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

574

Affirmed in part; reversed in part. Order of August 10, 1983 reversed and case remanded for adjudication hearing.

BROSKY, J., filed a dissenting memorandum.